**Motion GRANTED and Order filed February 22, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00136-CV
_____

### IN RE SOUTHWEST AIRLINES CO., Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-28295**

## ORDER

On February 19, 2019, relator Southwest Airlines Co. filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Christine Weems, Judge of the 281st District Court, in Harris County, Texas, to set aside her February 4, 2019 order granting real party interest Lisa M. Jones's motion to compel and denying relator's motion for protective order, in trial court number 2018-28295, styled *Lisa M. Jones v. Southwest Airlines Co.*

Relator also filed an unopposed motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. Relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the February 4, 2019 order in trial court cause number 2018-28295, *Lisa M. Jones v. Southwest Airlines Co.*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

Although relator's petition for writ of mandamus contains cites to a record, relator did not file a record with its petition in accordance with Texas Rule of Appellate Procedure 52.7(a). *See* Tex. R. App. P. 52.7(a). We order relator to file the record on or before February 28, 2019. Failure to do so will result in the denial of relator's petition for writ of mandamus.

In addition, the court requests real party in interest to file a response to the petition for writ of mandamus on or before March 14, 2019**.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.